# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TRETA FAYE DOVER**                                       **PLAINTIFF**

**V.**                                   **NO. 3:15CV00012-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                    **DEFENDANT**

## ORDER ON PETITION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's petition [23] for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Judgment [21] dated October 20, 2015, this Court remanded this case to the Commissioner for further proceedings. Plaintiff now seeks an award of attorney's fees in the amount of $6,020.00, representing 34.4 hours of attorney work at a rate of $175.00 per hour. Plaintiff also requests reimbursement for mileage expenses in the amount of $57.50, which represents 100 miles at a rate of $0.575 per mile. The Commissioner does not oppose Plaintiff's requested award of attorney's fees or mileage expenses. Accordingly, the Court finds that the amount of attorney's fees requested, $5,687.50, along with the mileage expense of $57.50, is reasonable and should be awarded to Plaintiff for the benefit of her counsel.

**THEREFORE, IT IS ORDERED:**

That the Commissioner shall promptly pay Plaintiff a total of $6,020.00 in attorney's fees and $57.50 in expenses for the benefit of her counsel.

This 1st day of December, 2015.

                                                                 /s/ Jane M. Virden
                                                                  U. S. MAGISTRATE JUDGE